AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorman, Mary P. | Central District of Illinois | 04/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

600 East Monroe Street #234
Springfield, Illinois
62701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1. |
| 2. | Trustee | Trust #2. |
| 3. | Board member and treasurer | Homeowners Association, Illinois. Non-profit corporation. |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Nuveen Municipal Market Opportunity Fund, Inc. | B | Dividend | K | T | | | | | |
| 2. ___ Trust #1 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 3. ___ Trust #1 - Whole life policy with Gen. Amer. Life | A | Int./Div. | K | T | | | | | |
| 4. ___ Trust #2 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 5. ___ Trust #2 - Whole life. policy with Gen Amer. Life | C | Int./Div. | N | T | | | | | |
| 6. Whole life ins. Policy with Northwestern Mutual Life Ins. | | None | K | T | | | | | |
| 7. FMI FDS Focus Fund (FMIOX) | | None | | | Sold | 01/18/11 | J | A | |
| 8. Artio Glob Invt Fd Intl Eq (JETIX) f/k/a Artio Intl Eq Fd | B | Dividend | K | T | | | | | |
| 9. Legg Mason Value Trust Fund (LMNVX) | | None | J | T | | | | | |
| 10. Royce Premier Fund (RPRWX) | | None | | | Sold | 01/18/11 | J | A | |
| 11. Goldman Sachs Tr. Finl. Square Mmkt. Fund (FSMXX) | A | Dividend | K | T | | | | | |
| 12. T. Rowe Price Mid-Cap Growth Fund (RPMGX) | | None | | | Sold | 01/18/11 | J | A | |
| 13. Advisors Inner Circle f/k/a Cambiar Opportunity Fund | B | Dividend | J | T | | | | | |
| 14. | | | | | Sold (part) | 04/08/11 | J | A | |
| 15. T. Rowe Price Equity Income Fund (PRFDX) | | None | | | Sold | 01/18/11 | J | A | |
| 16. JP Morgan/Chase - Checking account | | None | K | T | | | | | |
| 17. JP Morgan/Chase - Money market account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lord Abbett High Yield Muni Bond Fund | B | Dividend | K | T | | | | | |
| 19. Delaware Group Adviser FDS Income US Growth Fund (DEUIX) | A | Dividend | K | T | | | | | |
| 20. | | | | | Sold (part) | 10/18/11 | J | A | |
| 21. DWS Dreman Small Cap Value Fund (KDSSX) | A | Dividend | J | T | | | | | |
| 22. Park Ave Emerging Markets Fund (GBEMX), f/k/a RS Invst. Fund | | None | J | T | | | | | |
| 23. John Hancock Classic Value Fund (JCVIX) | A | Dividend | J | T | | | | | |
| 24. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 25. Harbor International Fund (HAINX) | A | Dividend | K | T | | | | | |
| 26. | | | | | Sold (part) | 10/18/11 | J | A | |
| 27. Hotchkis & Wiley Mid Cap Value Fund (HWMIX) | A | Dividend | J | T | | | | | |
| 28. Oppenheimer Intl Growth Fund (OIGYX) | A | Dividend | K | T | | | | | |
| 29. | | | | | Sold (part) | 09/28/11 | J | A | |
| 30. Quantitative Foreign Value Fund (QFVOX) | | None | | | Sold | 01/18/11 | J | A | |
| 31. Security Equity Mid Cap Value Fund (SEVAX) | A | Dividend | J | T | | | | | |
| 32. Touchstone Large Cap Growth Fund (RPMGX) | A | Dividend | K | T | | | | | |
| 33. Wells Fargo Small Cap Growth Fund (WMNIX) n/k/a WF Emerging | A | Dividend | K | T | | | | | |
| 34. | | | | | Buy (add'l) | 08/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Funds Large Cap Value Fund (MDLVX) | | None | | | Sold | 01/18/11 | J | A | |
| 36. Pacific One Annuity Contract | | None | K | T | | | | | |
| 37. Fidelity Advisor Ser 1 Leveraged Co Stock Fund (FLVIX) | | None | | | Sold | 01/18/11 | J | A | |
| 38. Morgan Stanley Bank Money Market Fund | A | Dividend | K | T | | | | | |
| 39. Oppenheimer Developing Mkts A (ODMAX) | A | Dividend | | | Sold (part) | 05/26/11 | J | A | |
| 40. | | | | | Sold | 11/15/11 | J | A | |
| 41. Ivy Glob Natl Resources A (IGNAX) | A | Dividend | J | T | Buy (add'l) | 03/28/11 | J | | |
| 42. | | | | | Sold (part) | 05/10/11 | J | A | |
| 43. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 44. | | | | | Buy (add'l) | 09/23/11 | J | | |
| 45. | | | | | Sold (part) | 11/15/11 | J | A | |
| 46. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 47. Alger Small Midcap Growth A (ALMAX) | A | Dividend | J | T | | | | | |
| 48. | | | | | Buy (add'l) | 09/23/11 | J | | |
| 49. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 50. Ivy Asset Strategy A (WASAX) | | None | J | T | | | | | |
| 51. | | | | | Sold (part) | 11/15/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 53. Royce Low-Priced Stock Svc (RYLPX) | B | Dividend | J | T | | | | | |
| 54. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 55. | | | | | Buy (add'l) | 09/23/11 | J | | |
| 56. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 57. Lazard Emerging Markets Open (LZOEX) | | None | | | Sold | 01/18/11 | J | A | |
| 58. IShares S&P Growth Index (IVW) | | None | K | T | Buy (add'l) | 02/08/11 | J | | |
| 59. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 60. | | | | | Sold (part) | 09/12/11 | J | A | |
| 61. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 62. IShares S&P 500 Value Index (IVE) | | None | J | T | Buy (add'l) | 02/08/11 | J | | |
| 63. | | | | | Sold (part) | 09/12/11 | J | A | |
| 64. | | | | | Buy (add'l) | 09/23/11 | J | | |
| 65. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 66. Managers Timessq M.C. Grw-Pr (TMDPX) | | None | | | Sold | 01/18/11 | J | A | |
| 67. Harbor Fund Cap Apprec Fd (HACAX) | | None | J | T | | | | | |
| 68. Pimco Commod Real Return Strat Fd (PCRIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pioneer Fund CL-Y (PYODX) | | None | | | Sold | 01/18/11 | J | A | |
| 70. AIM Global Real Estate Fd Cl Y (ARGYX) | | None | J | T | | | | | |
| 71. Blackrock Large Cap Core Fd (MALRX) | | None | | | Sold | 01/18/11 | J | A | |
| 72. Morgan Stanley Instl Fund Mid Cap (MPEGX) | | None | J | T | | | | | |
| 73. | | | | | Sold (part) | 10/18/11 | J | A | |
| 74. DWS Enhanced Commodity Strat A (SKNRX) | | None | J | T | | | | | |
| 75. | | | | | Buy (add'l) | 09/23/11 | J | | |
| 76. Henderson International Opportunities A (HFOAX) | A | Dividend | | | Sold | 11/15/11 | J | A | |
| 77. Henderson Global Technology A (HFGAX) | | None | J | T | | | | | |
| 78. | | | | | Sold (part) | 06/28/11 | J | A | |
| 79. | | | | | Sold (part) | 09/16/11 | J | A | |
| 80. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 81. Henderson European Focus A (HFEAX) | | None | | | Sold | 03/11/11 | J | A | |
| 82. DWS Dreman Intl Value A (DNVAX) | | None | J | T | | | | | |
| 83. | | | | | Sold (part) | 09/16/11 | J | A | |
| 84. | | | | | Sold (part) | 11/15/11 | J | A | |
| 85. Lord Abbett Intl Core Eqi A (LICAX) | | None | | | Sold | 11/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lord Abbett Dev Local Mkts A (LDMAX) | | None | | | Sold | 01/14/11 | J | A | |
| 87. MFS Intl New Discovery A (MIDAX) | A | Dividend | J | T | | | | | |
| 88. | | | | | Sold (part) | 11/15/11 | J | A | |
| 89. Invesco Real Estate A (IARAX) | | None | | | Sold | 06/28/11 | J | A | |
| 90. Proshares Short 20+ Treasury (TBF) | | None | | | Sold | 02/08/11 | J | A | |
| 91. Wells Fargo Emerg Mkts Eq A (EMGAX) | | None | J | T | Buy (add'l) | 01/18/11 | J | | |
| 92. | | | | | Sold (part) | 05/26/11 | J | A | |
| 93. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 94. | | | | | Sold (part) | 11/15/11 | J | A | |
| 95. DWS Enhanced Commodity Strat A (SKSRX) | | None | J | T | Buy | 03/28/11 | J | | |
| 96. | | | | | Sold (part) | 05/10/11 | J | A | |
| 97. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 98. Lord Abbeth Short Duration Inc A (LDLFX) | | None | J | T | Buy | 06/21/11 | J | | |
| 99. Principal Real Estate Sec A (PRRAX) | | None | J | T | Buy | 12/06/11 | J | | |
| 100. MFS Equity Opportunities A (SRFAX) | | None | J | T | Buy | 12/06/11 | J | | |
| 101. Managers AMG Fds Timesquare Mid Cap Growth FD (TMDPX) | A | Dividend | J | T | Buy | 10/18/11 | J | | |
| 102. William Blair Funds Intl Growth Fd (BIGIX) | A | Dividend | J | T | Buy | 03/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/18/11 | J | A | |
| 104.  Dreyfus Appreciation Fund (DGAGX) | B | Dividend | J | T | Buy | 03/03/11 | J | | |
| 105. | | | | | Sold (part) | 10/18/11 | J | A | |
| 106.  Keely Funds Small Cap Value Fd (KSCIX) | | None | J | T | Buy | 10/18/11 | J | | |
| 107.  Sentinal Mutual Funds Small Co. (SIGWX) | A | Dividend | J | T | Buy | 03/03/11 | J | | |
| 108. | | | | | Sold (part) | 07/08/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 04/27/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary P. Gorman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544